**REDACTED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07- 103 - UNA |
| STANLEY LUM, | : | |
| Defendant. | : | |



FILED
JUL 2 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about July 02, 2007, in the State and District of Delaware, STANLEY D. LUM, defendant herein, did knowingly possess with intent to distribute more than five (5) grams of a mixture and substance containing a detectable amount of cocaine base, a controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

### COUNT II

On or about July 02, 2007, in the State and District of Delaware, STANLEY D. LUM, defendant herein, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States (to wit, the knowing possession with intent to distribute more than five (5) grams of a mixture and substance containing a detectable amount of cocaine base, as set forth in Count I of this Indictment and incorporated by reference as if fully set forth herein), knowingly carried a firearm, to wit, a Harrington and Richardson, Model 732, six shot, .32 ~~Smith and Wesson~~ W.gen caliber revolver, serial number AL49581, and knowingly possessed said firearm in furtherance of said drug trafficking crime, all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT III

On or about July 02, 2007, in the State and District of Delaware, STANLEY D. LUM, defendant herein, having been convicted of a crime punishable by a term of imprisonment exceeding one year, to wit, a conviction on or about February 09, 2004, in the Superior Court in and for New Castle County for the State of Delaware, did knowingly possess a firearm in and affecting interstate commerce, to wit, a Harrington and Richardson, Model 732, six shot, .32 Smith and Wesson caliber revolver, serial number AL49581, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of the controlled substance offense alleged in Count I of this Indictment, STANLEY D. LUM, defendant herein, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting or derived from proceeds obtained, directly or indirectly, as a result of said violation, and any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, said violation.

Upon conviction of the firearms offense alleged in Counts II and III of this Indictment, STANLEY D. LUM, defendant herein, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearm and ammunition involved or used in the commission of said offenses.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1)     cannot be located upon the exercise of due diligence;

(2)     has been transferred or sold to, or deposited with, a third party;

(3)  has been placed beyond the jurisdiction of the court;

(4)  has been substantially diminished in value; or

(5)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL?

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Shawn Martyniak
Special Assistant United States Attorney

Dated: July 24, 2007