UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| )  | |
| Plaintiff,       ) | |
| ) | |
| )  | CASE NO. 07-103 JJF |
| vs.        ) | |
| ) | |
| Stanley Delano Lum,      ) | |
| ) | |
| Defendant.       ) | |

FILED
AUG - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**O R D E R**

The defendant, upon entering a plea of not guilty to the Indictment on  8/2/07  requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *September 7, 2007*. The time between the date of this order and *September 7, 2007* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney