IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-103-JJF |
| | ) |
| STANLEY LUM, | ) |
| | ) |
| Defendant. | ) |

### JOINT MOTION FOR A CONTINUANCE OF SUPPRESSION HEARING

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and the defendant, Stanley Lum, by and through his attorney, Edson A. Bostic, Esquire, and hereby submit the following:

1. On September 7, 2007, the defendant filed a Motion to Suppress Physical Evidence and Statements (D.I. 12).

2. On October 18, 2007, the Court scheduled a hearing on defendant's motion for November 1, 2007, at 2:30 p.m.

3. The Government is in the process of providing additional discovery to the defendant relevant to the instant motion. A specific portion of that discovery – namely, a video recording of the defendant – will not be available until early next week.

4. Mr. Bostic is currently scheduled to be in three-day jury trial for a different client beginning on Monday, October 29, 2007.

5. Plea discussions in this matter are ongoing, and may be affected after the video recording in question is turned over and viewed by the defense.

6.    Accordingly, the parties request that the Court continue the scheduled suppression hearing for at least a two week period.

WHEREFORE, the parties respectfully request that the Court grant their Joint Motion for a Continuance of Suppression Hearing. A proposed Order is attached.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Edson A. Bostic
    Edson A. Bostic
    Attorney for Stanley Lum

By:    /s/ Shawn A. Weede
    Shawn A. Weede
    Assistant United States Attorney

Dated:    October 26, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07-103-JJF |
| STANLEY LUM, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

Having considered the parties' Joint Motion for a Continuance of Suppression Hearing, **IT IS HEREBY ORDERED** that the suppression hearing currently scheduled for November 1, 2007, is continued until _____, 2007, at _____ .

The Honorable Joseph J. Farnan, Jr.<br>
United States District Judge

Dated: