IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07-103-JJF |
| STANLEY LUM, | ) ) ) |
| Defendant. | ) ) |

ORDER

Having considered the parties' Joint Motion for a Continuance of Suppression Hearing, **IT IS HEREBY ORDERED** that the suppression hearing currently scheduled for November 1, 2007, is continued ~~until~~ TBD ~~, 2007, at~~ UNTIL AFTER DEFENDANT REVIEWS THE SUBJECT VIDEO.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

Dated: 10/29/07



FILED

OCT 30 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE