IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-103-JJF |
| STANLEY DELANO LUM, | : |
| Defendant. | : |

### SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Shawn E. Martyniak and enter the appearance of Assistant United States Attorney Shawn A. Weede as counsel of record for the government in the above-captioned case. Please be advised that Mr. Martyniak no longer has responsibility for this case and all notices of action taken in connection with this matter should be directed to Assistant United States Attorney Shawn A. Weede.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:  /s/Shawn A. Weede
Shawn A. Weede
Assistant United States Attorney

Dated: November 5, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-103-JJF |
| STANLEY DELANO LUM, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on November 5, 2007, I electronically filed:

## SUBSTITUTION OF COUNSEL

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Edson A. Bostic
Federal Public Defender
Federal Public Defender District of Delaware
704 King Street, Suite 100
Wilmington, DE 19801

/s/ Jennifer Brown
Jennifer Brown