IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
          Plaintiff,               :
                                   :
     v.                            :    Criminal Action No. 07-103 JJF
                                   :
STANLEY DELANO LUM,                :
                                   :
          Defendant.               :

**O R D E R**

WHEREAS, Defendant has filed a Motion to Suppress Evidence and Statements (D.I. 12);

WHEREAS, the Court granted the parties' Joint Motion for a Continuance of Suppression Hearing scheduled for November 1, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **Monday, December 17, 2007, at 10:00 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

November 20, 2007
     DATE                          UNITED STATES DISTRICT JUDGE