# FEDERAL PUBLIC DEFENDER
# DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Federal Public Defender

**Eleni Kousoulis**
**Luis A. Ortiz**
**Keir Bradford**
Assistant Federal Public Defenders

**Tieffa N. Harper**
Research & Writing Specialist

December 21, 2007

The Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE   19801

      **Re:**   *United States v. Stanley Lum*
            **Criminal Action No.: 07-103-JJF**
            <u>**Our File No.: 2007-00214**</u>

Dear Judge Farnan:

      This letter is written to supplement the Defense's oral request of December 17, 2007 to postpone the Suppression Hearing and to allow the filing of a supplemental motion to suppress, in the above-captioned matter. At that time, this Court granted the oral request and directed Counsel to confer with the government regarding the filing of a supplemental motion.

      In consulting upon this issue, the parties have determined that there is the possibility that this matter could be resolved by way of a non-trial disposition. To allow the parties additional time to complete these discussions regarding a non-trial disposition, Counsel is requesting that this Court permit thirty days from the date of this letter, for the filing of the supplemental motion. (If the parties reach an agreement on a non-trial disposition, the Court will be informed within that thirty day period.) Additionally, it is requested that the government be permitted ten days from the filing of any supplemental motion to respond.

      Finally, assuming that a supplemental motion and response are filed, the parties would then ask this Court to schedule a hearing on the supplemental motion within thirty days of the government's response, if to do so would be convenient to the Court's calendar.

      Respectfully submitted,

\_\_\_/s/_____
**EDSON A. BOSTIC**
Federal Public Defender

EAB/lmo

cc:    Shawn Weede, Assistant United States Attorney
        Stanley Lum, Defendant