Case 1:07-cr-00103-JJF   Document 20   Filed 12/14/2007   Page 1 of 2

CR 07-103

From: Stanley O Lum

12/12/07

DEAR, Mr. or Ms. united states clerk

I am writing for a federal rule of criminal procedure 16, BRADY V. MARYLAND 373 u.s. 83 (1963) and GIGLIO v. united States 405 u.s. 150 (1972) I request that you provide me with the following by way of discovery.

1. ALL police reports of statements made by vickdum and police.

2. Any statments made by by audio or video.



3. Information regarding and identification procedures any identifications of the defendan made by witnesses.

THAt is all thank you and if you could get this on record and give a copie to my federal public defeder Edson A. Bostic

Have a nice day.

Stanley Lum
las cemetary RD.
Woodstown, NJ. 08098

**MAILED FROM
SALEM COUNTY
CORRECTIONAL FACILITY**

SOUTH JERSEY NJ 080
12 DEC 2007
USA 41

United states, clerk
District of Delaware
704 King Street, Suite 16
Wilm, DE 19601

Salem County Correctional Facility
This Address is A County Institution
The Addressor is An Inmate
Salem County is Not Responsible
For Debts Incurred By This Inmate