IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
    Plaintiff,                     :
                                   :
v.                                 :  Criminal Action No. 07-103 JJF
                                   :
STANLEY DELANO LUM,                :
                                   :
    Defendant.                     :

### O R D E R

WHEREAS, Defense counsel filed a letter to supplement an oral request to postpone the December 17, 2007 Suppression Hearing (D.I. 19);

WHEREAS, in the letter the court was advised that both counsels are requesting a thirty day extension for filing of any supplemental motion;

NOW THEREFORE, IT IS HEREBY ORDERED that the request of counsel for defendant and government is granted. The time by which Defendant must file a Supplemental Motion to Suppress is extended to **January 21, 2008**. Government's Response to said motion shall be filed by **January 31, 2008**.


January 7, 2008
DATE

UNITED STATES DISTRICT JUDGE



FILED
JAN 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE