

From: Stanley D L___

1/6/08

DEAR, Judge Farnan

I am asking for new counsal because of these reason my counsal block my phone calls he told my girl friend I was going to get 15 years and that I did not have a shot at beatting my case and when he come to see me he dose not talk about nuff thing at all in sept telling on people I be trying to talk about case law but he dose not want to talk about that so I am asking for new counsal please this is my life.

have a nice day Judge Farnan



Stanely Lee m
125 cemetary Rd
Woodstown NJ 08098

SOUTH JERSEY NJ 080
07 JAN 2008 PM 3
USA 41

MAIL FROM
SALEM COUNTY
CORRECTIONAL FACILITY

U.S.M.S.
X-RAY

Joseph J. farnan, JR
United States District court
J. caleb Boggs federal Building
844 King Street
Wilm, DE 19801

19501+3513