IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-103 JJF |
| STANLEY DELANO LUM, | : |
| Defendant. | : |

## O R D E R

WHEREAS, the December 2007 Evidentiary Hearing was postponed;

WHEREAS, the Court granted Defendant's letter request for an extension of time to file a supplemental motion to suppress (D.I. 21);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. An evidentiary hearing on Defendant's Supplemental Motion To Suppress Evidence and Statements (D.I. 24) will be held on **Friday, April 18, 2008 at 2:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between December 17, 2007 and April 18, 2008 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

March 25, 2008                            [signature: Joseph J. Farnan]
    DATE                                  UNITED STATES DISTRICT JUDGE