

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*     *(302) 573-6277*
*1007 Orange Street, Suite 700*     *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

April 18, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

      Re: **United States v. Stanley Lum**
            **Criminal Action No.   07-103-JJF**

Dear Judge Farnan:

    Counsel for the defendant has indicated that he will be out of the office the week of April 28, 2008, through May 5, 2008.  Accordingly, he respectfully requests that he be able to file his post-hearing letter in support of his initial Motion to Suppress Evidence (D.I. 12) and his Supplemental Motion to Suppress Evidence (D.I. 24) on Friday, May 9, 2008.

    If it please the Court, the Government will file its response by Wednesday, May 14, 2008.

                                Respectfully submitted,

                                COLM F. CONNOLLY
                                United States Attorney

        BY:   Shawn A. Weede
                  Shawn A. Weede
                  Assistant United States Attorney

cc:     Edson A. Bostic, Esq.