AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

**EXHIBIT AND WITNESS LIST**

U.S.A.   v.   Lum

Case Number: 07-cr-103-JJF-1

| PRESIDING JUDGE Farnan | | | PLAINTIFF'S ATTORNEY | | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| TRIAL DATE (S) | | | COURT REPORTER | | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | D1 | 4/18 |  |  | Detective Pigford |
| 1 |  | " | ✓ | ✓ | Pigford Invest. Report |
|  | 1 | " | ✓ | ✓ | Search warrant |
|  | 3 | " | ✓ | ✓ | Initial Crime Report |
|  | 4 | " | ✓ | ✓ | Pigford notes + diagram |
|  | 5 | " | ✓ | ✓ | Pigford notes |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages