RECEIVED APR 2 2 2008

CR 07-103 JJF
4/20/08

S. vs Stanley Lum

## MOTION FOR NEW COUNSEL

I am writing this to tell you why I need new counsel it is alot of reason first I will start by saying I respect Mr. Edson A. Bostic but he is not trying at all to fight my case he keep's on talking about giveing up and trying to get me to tell and this is the same thing he did the last time I wrote you he stop for a second in till I want to my suppession then it strated with he telling my girlfriend that I have know shot at wining and if she can wait ten year's or more now I ask what dose that have to do with my case I never told he to do that at all and he all so said that I would never see my new dorn in till she was ten year's old now I ask again what dose that have to do with my case and how do he know that I am going to lose I think I have alot to fight, so Honorable Joseph J. Farnan, JR I ask for new counsel because Mr. Edson gave up on my case a long time a go and I know you saw that in your court room I this won't a chase to get a showing of what is wrong with my case and maybe win and go home to my

Little girl and I am sorry for having you go through this again but my life is on the line and I this don't think MR. Edson has that in mind so with that I am putting effective counsel on MR. Edson A. Bostic I am respectfully submitted in to your court Honorable Joseph J. Farnan, JR  THANK you have a nice day

MR. Farnan I this won't a chase to go home if I can by case law I read alot of it to see my case is not right so I am asking for new counsel I feel MR. EDOSON is try to this throw my case and I am faceing to much time to play game with the fed's all respect oh and this don't see my self wining MR. EDSON like he said not a shot and I hope to get new counsel soon Please thank you MR. Farnan I need help

FROM: Lum

Stanley Lum