IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-103-JJF |
| STANLEY DELANO LUM, | : |
| Defendant. | : |

**O R D E R**

At Wilmington, this 19 day of May 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion To Suppress Physical Evidence And Statements (D.I. 12) and Supplemental Motion To Suppress Physical Evidence And Statements (D.I. 24) are **DENIED**.

_____
UNITED STATES DISTRICT JUDGE