IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                                                )<br>           Plaintiff,                                  )<br>                                                                )<br>      v.                                                      )   Criminal Action No.  07-103-JJF<br>                                                                )<br>STANLEY LUM,                                    )<br>                                                                )<br>           Defendant.                              ) | |

**MOTION FOR A SCHEDULING CONFERENCE**

     NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and hereby submits the following:

     1.  On September 7, 2007, the defendant filed a Motion to Suppress Physical Evidence and Statements.  (D.I. 12).  On January 22, 2008, the defendant filed a Supplemental Motion to Suppress Physical Evidence and Statements.  (D.I. 24).  On May 19, 2008, after an evidentiary hearing and receiving briefs from both parties, the Court denied these motions.  (D.I. 34).

     2.  On April 22, 2008, the defendant, acting *pro se*, filed a Motion to Appoint New Counsel. (D.I. 30).

     3.  The government respectfully requests that the Court set a scheduling conference so that a trial date may be set, as well as a hearing – if one is necessary – for the Court to rule on the defendant's *pro se* motion.

     4.  The government also respectfully requests that the Court exclude the time from the date of this motion until the date it sets for the scheduling conference under the Speedy Trial Act (18 U.S.C. § 3161 *et seq*.).  The government submits that the time is excludable because the ends of justice served

by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

      WHEREFORE, the government respectfully requests that the Court grant its Motion for a Scheduling Conference. A proposed Order is attached.

                                                Respectfully submitted,

                                                COLM F. CONNOLLY
                                                United States Attorney

                                By:     /s/ Shawn A. Weede
                                        Shawn A. Weede
                                        Assistant United States Attorney

Dated:    May 21, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-103-JJF |
| | ) |
| STANLEY LUM, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Having considered the government's Motion for a Scheduling Conference, **IT IS HEREBY ORDERED** that a scheduling conference is set for _____, 2008, at _____ a.m./p.m.

**IT FURTHER ORDERED** that the period from the date of this motion through the date of the above scheduling conference is is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

_____
The Honorable Joseph J. Farnan, Jr.
United States District Judge

Dated: