UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>STANLEY LUM,<br><br>  Defendant. | :<br>:<br>:<br>:  Criminal Action No. 07-103-JJF<br>:<br>:<br>:<br>: |

### ENTRY OF APPEARANCE

PLEASE enter the appearance of Special Assistant United States Attorney Geoffrey G. Grivner as an attorney of record on behalf of the United States of America in the above-captioned matter.

Dated: June 4, 2008

  Respectfully submitted,

  COLM F. CONNOLY
  United States Attorney

  _/s/ Geoffrey G. Grivner_
  Geoffrey G. Grivner
  Special Assistant United States Attorney
  1007 N. Orange Street, Suite 700
  P.O. Box 2046
  Wilmington, Delaware 19899-2046
  (302) 573-6277
  (302) 573-6220 (fax)