IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-103 JJF |
| STANLEY D. LUM, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, on June 3, 2008, a Scheduling Conference was held in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Trial will commence on **July 15, 2008 at 9:30 a.m.**, in Courtroom 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2) The parties shall submit to the Court Jointly Proposed Jury Instructions, along with a copy on disc in WordPerfect format, no later than **4:30 p.m. on July 10, 2008**.

3) Any Proposed Special Voir Dire Questions shall be filed by **4:30 p.m. on July 10, 2008**.

4) Any Motions in Limine must be filed and completed briefing **by 4:30 p.m. on July 10, 2008**.

5) The time between June 3, 2008 and July 15, 2008, shall be excludable under the Speedy Trial Act in the interest of

justice (18 U.S.C. §3161 et seq.)

   June 11, 2008
      DATE                        UNITED STATES DISTRICT JUDGE