IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-103-JJF |
| STANLEY DELANO LUM, | : | |
| Defendant. | : | |

**ORDER**

Having considered Defendant's Motion in Limine to Bifurcate,

**IT IS HEREBY ORDERED** this ____8____ day of ___July___, 2008, that the charge of Felon in Possession of a Firearm, representing Count Three of the Indictment, be bifurcated for trial from the charges of Possession with Intent to Distribute Five or More Grams of Cocaine Base and Possession of a Firearm During a Drug Trafficking Crime, representing Counts One and Two of the Indictment; and the jury will deliberate on Counts One and Two prior to hearing evidence of the defendant's prior conviction.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court Judge