IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-103-JJF |
| STANLEY LUM, | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE ANY EVIDENCE**
**OF PRIOR CONVICTION PURSUANT TO FEDERAL RULE OF EVIDENCE 609**

Defendant, Stanley Lum, by and through his undersigned counsel, Edson A. Bostic, Federal Public Defender for the District of Delaware, files this Motion pursuant to Federal Rule of Evidence 609 to preclude the admission of any evidence relating to his prior criminal history to impeach him if he chooses to testify. As grounds, it is stated:

1. On July 24, 2007, the Grand Jury for the District of Delaware returned a three-count Indictment with Notice of Forfeiture against Mr. Lum, charging him with: (1) knowingly possessing with the intent to distribute more than five grams of a mixture and substance containing a detectable amount of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); (2) knowingly carrying a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A); and (3) knowingly possessing a firearm in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

3. It appears that Mr. Lum has a prior felony conviction which the government will likely attempt to use to impeach the defendant should he testify at trial. To wit,

PDF created with pdfFactory Pro trial version www.pdffactory.com

      a..  Attempted Robbery, a class E felony, February 9, 2004

4. Fed.R.Evid. 609(a)(2) allows the introduction of previous convictions only if the previous convictions are *crimen falsi*.

5. Pursuant to Fed.R.Evid. 609(a)(2), the defendant's prior conviction should not be admissible for impeachment or any other purpose.

6. Fed.R.Evid. 609(a)(1) forbids an attack upon the credibility of the accused by the introduction of evidence that he committed a crime punishable by death or imprisonment in excess of one year unless the probative value of admitting the evidence outweighs its prejudicial effect to the accused.

7. Pursuant to Fed.R.Evid. 609(a)(1), the defendants prior conviction should not be admitted at trial for any purpose because the potential harm to the defendant far outweighs any remote probative value of this evidence.

8. The prior conviction here is of a type of which mere knowledge of its existence would prejudice the jury against the defendant.

9. Therefore, the defendants prior conviction must be excluded.

PDF created with pdfFactory Pro trial version www.pdffactory.com

**WHEREFORE**, for the reasons set forth in this Motion *in Limine* and in the accompanying Memorandum of Law, the Defendant, Stanley Lum, respectfully requests this Honorable Court grant this Motion and prohibit the admission of his prior criminal history to impeach him if he chooses to testify at trial.

                Respectfully submitted,


                /s/ *Edson A. Bostic*
              EDSON A. BOSTIC
              Federal Public Defender

              Attorney for Stanley Lum

Federal Public Defender's Office
District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
ecf_de@msn.com

Dated: July 10, 2008

PDF created with pdfFactory Pro trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-103-JJF |
| STANLEY LUM, | : | |
| Defendant. | : | |

### ORDER

**AND NOW,** this _____ day of _____, 2008, upon consideration of the Defendant's Motion *in Limine* to Exclude Any Evidence of Prior Convictions Pursuant to Federal Rule of Evidence 609, it is hereby

**ORDERED and DECREED** that the Motion is **GRANTED** and that the government is prohibited from introducing at trial any evidence of Defendant's prior arrests and/or convictions.

BY THE COURT:

_____
**THE HONORABLE JOSEPH J. FARNAN, JR.**
United States District Court Judge

PDF created with pdfFactory Pro trial version www.pdffactory.com