AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

| USA | | | | | **EXHIBIT AND WITNESS LIST** |
|---|---|---|---|---|---|
| v. Stanley D. Lum | | | | | Case Number: 07-cr-103 JJF |

| PRESIDING JUDGE Farnan | PLAINTIFF'S ATTORNEY Geoffrey Grivner | DEFENDANT'S ATTORNEY Edson Bostic |
|---|---|---|
| TRIAL DATE(S) 7/15/2008 – 7/15/2008 | COURT REPORTER Len Dibbs | COURTROOM DEPUTY Nicole Selmyer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 7/15/08 | | | Detective George Pigford – Wilmington Police Dept. |
| 1 | | 7/15/08 | ✓ | ✓ | Fire Arm (Gun) |
| | 1 | 7/15/08 | ✓ | ✓ | Video of interview w/ Defendant @ Police Station |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages