IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiffs, | : |
| v. | : Criminal Action No. 07-103 JJF |
| STANLEY D. LUM, | : |
| Defendant. | : |

**O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court for the District of Delaware is hereby directed to furnish lunch for 14 jurors in the above entitled case for July 15, 2008.

July 17, 2008
DATE

UNITED STATES DISTRICT JUDGE